| | |
|---|---|
| JOANNE WEBB,<br><br>Plaintiff,<br><br>v.<br><br>KELSEY HILDERBRAND AND HIGH MOUNTAIN HUNTING SUPPLY, LLC.,<br><br>Defendants. | NO: 2:14-CV-0118-TOR<br><br>ORDER OF DISMISSAL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is Plaintiff's Motion to Dismiss (ECF No. 11). Plaintiff represents that this matter may be dismissed with prejudice and without costs or fees because the debt has been discharged through a bankruptcy action, leaving no assets for Plaintiff to pursue in this matter.

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiff's motion, this matter is **DISMISSED** with prejudice and without costs or fees.

2. The Stay is lifted and all pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 13, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2